# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

IN RE:   Dennis G Winstead                                    Case Number:   20-51358
         Mary L Winstead
         Debtors

## ORDER CONFIRMING THE SECOND
## AMENDED PLAN FILED ON 1/18/2021, Court Doc. # 57

A plan under Chapter 13 having been filed and served by the debtor on all creditors, and it appearing that the plan meets requirements for confirmation, IT IS ORDERED:

THE PLAN IS CONFIRMED.

The plan as confirmed is deemed to incorporate by reference all pre-confirmation orders affecting the treatment of claims and liens, and to the extent of any inconsistency between the plan and any order, the terms of the order are deemed to control.

The Trustee is authorized to adjust the amount of the monthly payment disbursed to each secured creditor as may be necessary in the administration of the plan.

Any fee requested in section 4.3 of the plan is hereby allowed.

Copies to:

Dennis G Winstead                          COOLEY, ROBERT A
Mary L Winstead                            Served Electronically Via ECF
100 Wayside Glen
Georgetown, KY  40324

SYNCHRONY BANK                             STOLL KEENON OGDEN PLLC
VIA ECF                                    VIA ECF
,                                          ,

KEITH WEINER & ASSOCIATES CO LPA
VIA ECF
,

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Tuesday, February 9, 2021**
**(grs)**